```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

WEBADVISO, J. TAIKWOK YUNG,         :

                Plaintiff,          :     ORDER

        - against -                 :     09 Civ. 5769 (DC)

BANK OF AMERICA CORPORATION,        :
MERRILL LYNCH,
                                    :
                Defendants.
                                    :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/09

**CHIN, District Judge**

      On July 8, 2009, the Court received plaintiff's proposed order to show cause for a preliminary injunction and temporary restraining order. The request for a temporary restraining order is hereby denied. The request for the order to show cause will be discussed at defendants' hearing for a preliminary injunction. The hearing was initially scheduled for July 14, 2009. It is hereby adjourned to July 15, 2009 at 4:00 p.m. If plaintiff has not served defendants with his current set of papers, he shall do so by overnight mail no later than July 9, 2009.

      SO ORDERED.

Dated:   New York, New York
          July 8, 2009

                                          DENNY CHIN
                                   United States District Judge